570 A.2d 1320

**COMMONWEALTH of Pennsylvania**

v.

**William L. JOHNSON, Appellant.**

Supreme Court of Pennsylvania.

Argued March 8, 1990.

Decided March 21, 1990.

John Elash, Pittsburgh, for appellant.

Robert E. Colville, Dist. Atty., Claire C. Capristo, Deputy Dist. Atty., Edward Marcus Clark, Asst. Dist. Atty., Pittsburgh, for appellee.

Before NIX, C.J., and LARSON, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

McDERMOTT, J., did not participate in the consideration or decision of this case.